IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DANIEL L. BROWN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  **06-425-DRH** |
| | ) | |
| **CENTRAL ILLINOIS PUBLIC SERVICE** | ) | Presumptive Trial Month: |
| **COMPANY, AMEREN ENERGY** | ) | **January, 2008** |
| **GENERATING COMPANY,** | ) | |
| **AMEREN ENERGY RESOURCES, INC.,** | ) | |
| **and AMEREN CORPORATION,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and after consultation with Judge Herndon, the parties' Joint Motion

to Extend Discovery and Dispositive Motion Deadlines, Continue Presumptive Trial Month and

Continue Settlement Conference **(Doc. 18)** is **GRANTED as follows**:

1.      All discovery shall be completed by **September 6, 2007.**

2.      Dispositive motions shall be filed by **September 21, 2007.**

3.      The presumptive trial month is **January, 2008.**

The settlement conference set for July 31, 2007, is cancelled and reset for **November 7,**

**2007.**  Settlement statements shall be submitted to Judge Proud via email to

cjppd@ilsd.uscourts.gov, or fax to 618/482-9010, no later than **October 25, 2007.**

**IT IS SO ORDERED.**

**DATE: April 19, 2007.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**