IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DANIEL L. BROWN,**

    **Plaintiff,**

    vs.                                    **Cause No. 06-CV-425 DRH**

**CENTRAL ILLINOIS PUBLIC
SERVICE COMPANY, n/k/a Ameren CIPS,
AMEREN ENERGY GENERATING COMPANY,
AMEREN ENERGY RESOURCES, INC., and
AMEREN CORPORATION,**

    **Defendant**s.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

November 15, 2007                   By: s/Patricia Brown
                                                         Deputy Clerk

APPROVED: /s/ DavidRHerndon
                    **CHIEF JUDGE
                    U.S. DISTRICT COURT**